DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YOLETTE SANGUINETTI**,
Appellant,

v.

**JP MORGAN CHASE BANK, N.A.,**
Appellee.

Nos. 4D22-1296 and 4D22-2299

[June 15, 2023]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case Nos. 2021CA013310AXX and 2009CA025627AXX.

Yolette Sanguinetti, Wellington, pro se.

Andrew B. Boese of León Cosgrove Jiménez LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CIKLIN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***